# UNITED STATES DISTRICT COURT

Eastern **District of** California

United States of America America
Plaintiff (s),
V.
Eduardo Navarro
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:25-cr-00099-SAB-16

Notice is hereby given that, subject to approval by the court, Eduardo Navarro (Party (s) Name) substitutes Jennifer J Wirsching (Name of New Attorney), State Bar No. 263141 as counsel of record in place of John Frederick Garland (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Jennifer J Wirsching
Address: 2600 West Olive Ave. 5th floor Burbank, CA 91505
Telephone: (424) 901-9280 Facsimile
E-Mail (Optional): wirschinglaw@outlook.com send

I consent to the above substitution.
Date: 10-26-26

(Signature of Party (s))

I consent to being substituted.
Date: 10/26/2026

Signed by:
John F Garland
19995EE936E34D3
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/20/2026

Signed by:
Jennifer J. Wirsching
00B7A9A084BF4B2
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: **Nov 9, 2026**

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**